6 A.3d 1287

COMMONWEALTH of Pennsylvania, Petitioner

v.

Andre HALL, Respondent.

Supreme Court of Pennsylvania.

Oct. 26, 2010.

## ORDER

PER CURIAM.

AND NOW, this 26th day of October 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether the Superior Court erred in holding that 42 Pa. C.S. § 9754 does not permit the imposition of child support as a condition of probation in order to make reparations and restitution of the fruits of defendant's crime of killing the children's father.

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.